UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 16-4217, 17-1289

UNITED STATES OF AMERICA,

v.

BRIAN HARTLINE,
                Appellant in 16-4217

UNITED STATES OF AMERICA,

v.

BARRY BEKKEDAM,
                Appellant in 17-1289

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action Nos. 2-14-cr-00548-001, 2-14-cr-00548-002)
District Judge: C. Darnell Jones, II

Submitted Under Third Circuit LAR 34.1(a)
March 5, 2018

Before: McKEE, AMBRO and RESTREPO, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 5, 2018.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this court that the District Court orders entered on November 18, 2016 and January 24, 2017 be AFFIRMED. All of the above in accordance with the opinion of this court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 14, 2018