UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1289
_____

UNITED STATES OF AMERICA

V.

BARRY BEKKEDAM
Appellant

_____

(D.C. Crim. No. 2-14-cr-00548-002)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO and BIBAS, Circuit Judges

The petition for rehearing filed by **appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,


s/ Theodore A. McKee
Circuit Judge

Dated:  October 12, 2018
JK/cc: David J. Ignall, Esq.
       Abbe D. Lowell, Esq.
       Christopher D. Man, Esq.
       Keith M. Rosen, Esq.